IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICRUDE, INC., SHEZAD AKBAR a/k/a TONY ACKERMAN, and DANIEL WAITE,<br><br>Defendants. | Case No. |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The Securities and Exchange Commission is unaware of any person or entity, other than Defendants, who have a financial interest in the outcome of this litigation.

DATED: March 7, 2018

Respectfully submitted,

_/s/ Matthew Gulde_
Matthew Gulde
Illinois Bar No. 6272325
Christopher Reynolds
Texas Bar No. 24051247
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry St., Unit #18
Fort Worth, TX 76102-6882
(817) 978-1410
(817) 978-4927 (fax)
guldem@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION