AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Securities and Exchange Commission<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 3:18-cv-00534-L |
| Americrude Inc et al<br>*Defendant* | )<br>)<br>)<br>) | |

**Summons in a Civil Action**

**TO:** Americrude Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Matthew Gulde-SEC
801 Cherry Street
Suite 1900, Unit # 18
Fort Worth , TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 03/07/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-00534-L

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____Americrude Inc_____
was received by me on (*date*) ___March 7, 2018___ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____, a person of suitable age and discretion who resides there,
on (*date*) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (*name of individual*) _____Shezad Akbar_____, who is designated
by law to accept service of process on behalf of (*name of organization*) _____Americrude Inc_____
___at Denton County Jail, 127 N Woodrow Lane, Denton TX 76205___ on (*date*) ___3/7/2018 at 9:19 PM___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 3/8/18

_____
Server's signature

Chris Cloud, Process Server  SCH# 12129
Printed name and title

823 S. King Street, Ste C, Leesburg VA 20175
Server's address

Additional information regarding attempted service, etc: