**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | **Case No. 3:18-cv-00534-L** |
| **v.** | |
| **AMERICRUDE, INC., SHEZAD AKBAR a/k/a TONY AKERMAN, and DANIEL WAITE** | |
| **Defendants.** | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT**
**AGAINST DEFENDANT DANIEL WAITE**

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendant Daniel Waite ("Defendant), and respectfully shows the Court as follows:

1.      On March 7, 2018, the Commission filed suit alleging violations of the federal securities laws by this Defendant.

2.      The Commission has reached a settlement with Defendant regarding the Commission's claims.  Defendant has executed the attached Consent and agrees to the form of the attached proposed Judgment.  A copy of the Consent is attached hereto as Exhibit "A" and a copy of the Judgment is attached hereto as Exhibit "B".

3.      The Commission respectfully requests that the Court enter the Agreed Final Judgment as to Defendant Daniel Waite and that the Court expressly rule that there is no just reason for delaying the entry of such Final Judgment under Federal Rule of Civil Procedure 54(b).

March 21, 2018                                          Respectfully submitted,


                                                       *s/Matthew Gulde*
                                                       Matthew J. Gulde
                                                       Illinois Bar No. 6272325
                                                       Christopher Reynolds
                                                       Texas Bar No. 24051247
                                                       SECURITIES AND EXCHANGE COMMISSION
                                                       Burnett Plaza, Suite 1900
                                                       801 Cherry St., Unit #18
                                                       Fort Worth, TX 76102-6882
                                                       (817) 978-1410
                                                       (817) 978-4927 (fax)
                                                       guldem@sec.gov

                                                       ATTORNEYS FOR PLAINTIFF
                                                       SECURITIES AND EXCHANGE COMMISSION


## CERTIFICATE OF CONFERENCE

I certify that on March 9, 2018, I conferred with counsel for Mr. Waite, who stated that his client is not opposed to the relief requested in this motion.


                                                       *s/Matthew J. Gulde*
                                                       Matthew J. Gulde


## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, a copy of foregoing *Unopposed Motion To Enter Final Judgment Against Defendant Daniel Waite* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                       *s/Matthew J. Gulde*
                                                       Matthew J. Gulde