# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICRUDE, INC.; SHEZAD AKBAR a/k/a Tony Akerman; and DANIEL WAITE,<br><br>                Defendants. | Civil Action No. **3:18-CV-534-L** |

## ORDER

Before the court is Plaintiff's Unopposed Motion to Enter Final Judgment Against Defendant Daniel Waite, filed March 21, 2018. The court determines that the motion should be, and is hereby, **granted**. Accordingly, The Securities and Exchange Commission having filed a Complaint and Defendant Daniel Waite ("Defendant") having entered a general appearance; consented to the court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph VII).; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment, entry of a final judgment is appropriate. Accordingly, the court will enter a final judgment as to Defendant by separate document as required by Federal Rule of Civil Procedure 58(a).

**It is so ordered** this 22nd day of March, 2018.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**