UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                          Plaintiff,<br><br>v.<br><br>AMERICRUDE, INC., SHEZAD AKBAR a/k/a TONY AKERMAN, and DANIEL WAITE<br><br>                          Defendants. | Case No. 3:18-cv-00534-L |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE AMENDED
FINAL JUDGMENT AS TO DEFENDANT DANIEL WAITE**

Pursuant to Local Rule CV-15.1(b) of the Northern District of Texas, Plaintiff Securities and Exchange Commission ("Commission") files this Agreed Motion for Leave to File Amended Final Judgment as to Defendant Daniel Waite.

1. Attorneys for the Commission inadvertently provided the Court a Proposed Final Judgment that did not conform to the claims sought in the Complaint filed in this case.

2. Attorneys for the Commission conferred with counsel for Defendant Waite, who agrees with the relief sought by this motion.

3. Accordingly, the Commission seeks leave from the Court to file an Amended Final Judgment as to Defendant Daniel Waite. The Commission requests that the Court vacate Doc. 13 Final Judgment as to Defendant Daniel Waite entered by the Court on March 22, 2018 and issue the Amended Final Judgment attached hereto as Exhibit "A" to this motion.

4. The Commission respectfully requests that the Court enter the Amended Final Judgment as to Defendant Daniel Waite and that the Court expressly rule that there is no just

reason for delaying the entry of such Amended Final Judgment under Federal Rule of Civil Procedure 54(b).

March 23, 2018                            Respectfully submitted,

*s/Matthew Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
Christopher Reynolds
Texas Bar No. 24051247
SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry St., Unit #18
Fort Worth, TX 76102-6882
(817) 978-1410
(817) 978-4927 (fax)
guldem@sec.gov

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION

**CERTIFICATE OF CONFERENCE**

I certify that on March 23, 2018, I conferred with counsel for Mr. Waite, who stated that his client agrees with the relief requested in this motion.

*s/Matthew J. Gulde*
Matthew J. Gulde

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2018, a copy of foregoing *Agreed Motion For Leave to File Amended Final Judgment Against Defendant Daniel Waite* was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*s/Matthew J. Gulde*
Matthew J. Gulde