ORIGINAL



UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| **Securities and Exchange Commission** | § | |
| **Plaintiff,** | § | |
| | § | |
| V. | § | <u>**Civil Action No. 3:18-cv-00534-L**</u> |
| | § | |
| **Americrude Inc et al** | § | |
| **Defendant.** | § | |

### DEFENDANT'S ORIGINAL ANSWER

**NOW COMES** Defendant, Shezad Akbar, named Defendant in the above-entitled and numbered cause, and files this Original Answer, and shows the Court:

### GENERAL DENIAL

Defendant denies each and every allegation of Plaintiff's Original Petition, and demands strict proof thereof as required by the *Federal Rules of Civil Procedure.*

### PRAYER

Defendant prays the Court deny Plaintiff's Original Petition, and enters judgment in favor of the Defendant, and such other and further relief as Defendant may be entitled to in law or in equity.

Respectfully submitted,

By: _____
Shezad Akbar, Pro Se

1364 Mae Drive
Carrollton, Texas 76007
Tel. (469) 471-3175

**CERTIFICATE OF SERVICE**

    I certify that on March 27, 2018 a true and correct copy of Defendant's Answer was served by certified mail, return receipt requested on Matthew Gulde-SEC at 801 Cherry Street, Suite 1900, Unit # 18, Fort Worth, TX 76102.

_____
SHEZAD AKBAR