IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:18-cv-00534-L |
| AMERICRUDE, INC., SHEZAD AKBAR a/k/a TONY ACKERMAN, and DANIEL WAITE, | § § § § § § | |
| Defendants. | § § | |

## JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Americrude, Inc. and Shezad Akbar ("Defendants") respectfully submit this Joint Status Report. On July 18, 2018, the Court entered a scheduling order directing the parties to discuss settlement and file by October 15, 2018 a joint report setting forth the status of settlement negotiations and the specific efforts made by the parties to resolve the case. Dkt. 20, ¶ 11. The parties report as follows.

1. On March 7, 2018, the Commission filed its complaint against Americrude, Shezad Akbar, and Daniel Waite. Dkt. 1.

2. On March 21, the Commission filed an unopposed motion to enter final judgment against Daniel Waite, which the Court granted on March 22, 2018, removing Defendant Waite from the case. Dkt. 11.

3. On March 27, 2018, Defendant Akbar filed an answer consisting of a single, general denial to all of the Commission's claims. Dkt. 17. Defendant Americrude has not answered.

4.      In April 2018, attorney David Clouston, who had represented Daniel Waite, contacted the Commission to discuss settlement on behalf of Defendant Akbar.  Attorney Clouston is representing Akbar for the purposes of negotiating a potential settlement only.

5.      Settlement discussions continue and the Commission has provided Akbar a draft consent and final judgment for his review and approval.  The parties are hopeful that this matter may be resolved without further litigation.

Dated:  October 15, 2018                           Respectfully submitted,

*s/ Matthew J. Gulde*
Matthew J. Gulde
Illinois Bar No. 6272325
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
(817) 978-1410
(817) 978-4927 (facsimile)
*guldem@sec.gov*

*s/ Shezad Akbar*
Shezad Akbar
1364 Mae Drive
Carrollton, TX 76007
(469) 471-3175